# United States District Court
## District of Minnesota

Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

March 29, 2007

Ms. Victoria C. Minor, Clerk
United States District Court
4-200 Robert T. Matsui
United States Courthouse
501 I Street
Sacramento, CA 95814-7300

In re: MDL-1726 -- In re: Medtronic, Inc., Implantable Defibrillators Products Liability Litigation
YOUR CASE NUMBER: C.A. No. 2 07-153    Helmann v Medtronic
DISTRICT OF MINNESOTA CASE NUMBER: 07-1616 JMR/AJB

Dear Clerk of Court:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on March 23, 2007 . Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Chief Judge James M. Rosenbaum and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Civil Docket Supervisor

Enclosure
cc: Chief Judge James M. Rosenbaum
    Judicial Panel on Multidistrict Litigation

A CERTIFIED TRUE COPY

MAR 19 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 1 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1726

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-26)

On December 7, 2005, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1351 (J.P.M.L. 2005). Since that time, 154 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 7, 2005, and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 19 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in D
of the record in my custody.
CERTIFIED, MAR 2 8 2007 20___
Richard D. Sletten, Clerk
BY: _____
Deputy Clerk

SCANNED

MAR 2 3 2007

U.S. DISTRICT COURT MPI

## SCHEDULE CTO-26 - TAG-ALONG ACTIONS
### DOCKET NO. 1726
### IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA CENTRAL** | | |
| CAC 2 07-716 | Russell Hayne v. Medtronic, Inc. | 07-1614 |
| CAC 2 07-717 | Robert Brannon v. Medtronic, Inc. | 07-1615 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 07-153 | Kristine Helman, et al. v. Medtronic, Inc. | 07-1616 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 07-551 | June Groh, etc. v. Medtronic, Inc. | 07-1624 |
| CAN 3 07-552 | Jacqueline McGowan v. Medtronic, Inc. | 07-1625 |
| CAN 3 07-711 | Barbara Spangler, et al. v. Medtronic, Inc. | 07-1626 |
| CAN 3 07-855 | Esther Applebaum, et al. v. Medtronic, Inc. | 07-1627 |
| **CALIFORNIA SOUTHERN** | | |
| CAS 3 07-169 | Don Johnson, et al. v. Medtronic, Inc. | 07-1628 |
| **FLORIDA MIDDLE** | | |
| ~~FLM 8 07-233~~ | ~~Hazel E. Ricciotti, etc. v. Medtronic, Inc.~~ Opposed 3/19/07 | |
| **FLORIDA SOUTHERN** | | |
| FLS 1 06-22508 | Jennie Vaske, etc. v. Medtronic, Inc., et al. | 07-1629 |
| **ILLINOIS NORTHERN** | | |
| ~~ILN 1 07-835~~ | ~~Patricia Kavalir v. Medtronic, Inc.~~ Opposed 3/16/07 | |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 07-33 | Laketucha Anderson, et al. v. Medtronic, Inc., et al. | 07-1630 |
| **INDIANA SOUTHERN** | | |
| INS 2 07-18 | Michael W. Davis, et al. v. Medtronic USA, Inc. | 07-1631 |
| **OHIO SOUTHERN** | | |
| OHS 1 07-70 | Melvin Sandow, et al. v. Medtronic, Inc. | 07-1632 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 07-400 | John J. Mezzanotte, M.D. v. Medtronic, Inc. | 07-1633 |
| **UTAH** | | |
| UT 2 07-43 | Patrick Jackson v. Medtronic, Inc. | 07-1634 |
| UT 2 07-46 | C. Daniel Knutson v. Medtronic, Inc. | 07-1635 |